UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| FILIPE DE JESUS JUAREZ, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 6: 05-550-DCR |
| | ) | Civil Action No. 6: 05-670-DCR |
| V. | ) | Criminal Action No. 6: 04-68-DCR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **MEMORANDUM OPINION** |
| Respondent/Plaintiff. | ) | **AND ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the Petitioner/Defendant's *pro se* motions to vacate, set aside, or correct sentence" filed pursuant to 28 U.S.C. § 2255. [Record Nos. 118, 125] Consistent with local practice, this matter was referred to United States Magistrate Judge J. B. Johnson, Jr. for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge filed his Report and Recommendation on May 18, 2006. Based on his review of the record and the applicable law governing the motion pursuant to 28 U.S.C. § 2255, the Magistrate Judge recommended that the motions be denied with prejudice and that a Certificate of Appealability not be issued. Neither the Petitioner/Defendant nor the Respondent/Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [Record No. 137] is **ADOPTED** and **INCORPORATED** by reference;

2. The Petitioner/Defendant's motions [Record Nos. 118, 125] are **DENIED** and **DISMISSED** with prejudice;

3. A Certificate of Appealability shall not issue because the Petitioner/Defendant has not made a substantial showing of the denial of any substantive constitutional right;

4. Judgment will be entered contemporaneously with this opinion and order in favor of the Respondent/Plaintiff.

This 2nd day of June, 2006.



Signed By:
*Danny C. Reeves* DCR
United States District Judge